**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle _____ District of Florida _____
                                              (State)

Case number (*If known*): _____ Chapter  11

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | **Feltrim Balmoral Estates, LLC** |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **N/A** |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | **47-1187108** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **124 Kenny Blvd**<br>Number      Street | **N/A**<br>Number      Street |
| | P.O. Box |
| **Haines City, FL 33844**<br>City      State      ZIP Code | **N/A**<br>City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Polk County**<br>County | **N/A**<br>Number      Street |
| | **N/A**<br>City      State      ZIP Code |

5. **Debtor's website** (URL)      **N/A**

Debtor   <u>Feltrim Balmoral Estates, LLC</u>                                    Case Number *(if known)* _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

A. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

B. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**531190**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District_____ When_____ Case number _____
                                        MM / DD / YYYY

          District_____ When_____ Case number _____
                                          MM / DD / YYYY

Debtor      Feltrim Balmoral Estates, LLC                                              Case Number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.  Debtor **See Schedule 1** _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                                  MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____

_____
City                                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5,001-10,000             ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

Debtor   <u>Feltrim Balmoral Estates, LLC</u>                    Case Number *(if known)* _____

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    MM / DD / YYYY

**✗** _Garrett Kenny_                              **Garrett Kenny**
Signature of authorized representative of debtor       Printed name

Title  **Owner**

**18. Signature of attorney**

**✗ /s/ Alberto ("Al") F. Gomez, Jr.**        Date   <u>04/17/2024</u>
Signature of attorney for debtor                        MM   / DD / YYYY

**Alberto ("Al") F. Gomez, Jr.**
Printed name
**Johnson Pope Bokor Ruppel & Burns, LLP**
Firm name
**400 N. Ashley Drive, Suite 3100**
Number        Street
**Tampa, Florida 33602**
City    State    ZIP Code

**813-225-2500**                              **Al@jpfirm.com**
Contact phone                                   Email address

**784486**                              **Florida**
Bar number                              State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                **page 4**

Debtor    <u>Feltrim Balmoral Estates, LLC</u>

Case Number *(if known)* _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

<u>Middle</u>      District of <u>Florida</u>
                 (State)

Case number *(If known)*:_____Chapter <u>11</u>

❑ Check if this is an
   amended filing

## <u>Schedule 1</u>

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United Bankruptcy Court for the Middle District of Florida for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Feltrim Balmoral Estates, LLC.

Balmoral Estates, LP
Feltrim Balmoral Estates, LLC
The Enclave at Balmoral, LLC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re:                                          Chapter 11

Feltrim Balmoral Estates, LLC                   Case No. 8:24-bk-_____

                      Debtor.

## LIST OF EQUITY SECURITY HOLDERS[1]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Garret Kenny | 11545 Waterstone Loop Dr Windermere FL 34786 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re:

Feltrim Balmoral Estates, LLC

Debtor.

Chapter 11

Case No. 8:24-bk-_____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Garret Kenny | 100% |

**Fill in this information to identify the case:**

Debtor name    Feltrim Balmoral Estates, LLC

United States Bankruptcy Court for the:   Middle    District of   Florida
                                               (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 **First Insurance Funding** 450 Skokie Blvd Suite 1000 Northbrook, IL 60062 | P: F: | Uncashed Check | C | | | $9,175.17 |
| 2 **Vermana** 8248 Parkline Blvd Suite 1000 Orlando, Fl 32809 | P: F: | Pool Service | | | | $4,857.60 |
| 3 **Benchmark Landscaping** 4600 Cecile Dr Kissimmee, FL 34746 | P: F: | Uncashed Check | C | | | $2,463.00 |
| 4 **City of Haines City** 620 East Main Street Haines City, FL 33844 | P: F: | Utilities | | | | $2,427.72 |
| 5 **Duke Energy** PO BOX 602882 Charlotte, NC 28260 | P: F: | Uncashed Check | C | | | $2,185.65 |
| 6 **Balmoral Masters Association** 1631 E Vine St Suite 300 Kissimmee, FL 34744 | P: F: | HOA Amenities | | | | $2,032.04 |
| 7 **P & P Exterior Wash** 2020 E Hinson Dr Haines City, FL 33844 | P: F: | Uncashed Check | C | | | $ 450.00 |

Debtor: Feltrim Balmoral Estates, LLC                    Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Whitbread Enterprises LLC** 247 Bonville Dr Davenport, FL 33897 | P: F: | Lawn Care Services | | | | $ 375.00 |
| 9 | **Haines City Fire Extinguisher Service** 5860 State Rd 544 Winter Haver, FL 33881 | P: F: | Uncashed Check | C | | | $ 144.42 |
| 10 | **Southstate Bank NA** Attn Krista Mahalak 242 West Central Avenue Winter Haven, FL 33880-2947 | c/o Peterson & Myers, PA P: 863-294-3360 F: kmahalak@petersonmyers.com | Litigation Claim | CUD | | | $ 0.00 |
| 11 | **A2MHR Properties USA, LLC** Attn Ellen Novoseletsky 770 Claughton Island Dr. Ste 804 Miami, FL 33131 | c/o Law Offices of Ellen Novoseletsky, PA P: 305-775-8414 F: ellen@novoslaw.com | Litigation Claim | CUD | | | $ 0.00 |
| 12 | **Seacoast National Bank** Attn Robert Cooper and Kenneth Erickson III 2400 First Street, Suite 300 Fort Myers, FL 33901-2983 | c/o Hahn Loeser & Parks LLP P: 239-337-6730 F: racooper@hahnlaw.com | Litigation Claim | CUD | | | $ 0.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |

Debtor:  Feltrim Balmoral Estates, LLC                    Case number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name: Feltrim Balmoral Estates, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: Not Yet Assigned

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration    List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
Executed on                               Signature of individual signing on behalf of debtor
                                                   Garrett Kenny
                                                   _____
                                                   Printed name
                                                   Owner
                                                   _____
                                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ **Check if this is an amended filing**

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $3,000,000.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $1,657,697.64 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $4,657,697.64 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$6,953,544.95

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $9,285,974.72 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$16,239,519.67

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Citizens Bank & Trust | Checking Account | 9801 | $20,407.05 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$20,407.05

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1 | | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Insurance - First Insurance Funding | $42,568.60 |
| 8.2 | Prepaid Legal - Stretto | $5,566.67 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$48,135.27

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $26,000.00 | − | $0.00 | = ........ | ➜ | | $26,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | | | |
| 11b. | Over 90 days old: | $34,916.44 | − | $0.00 | = ........ | ➜ | | $34,916.44 |
| | | face amount | | doubtful or uncollectible accounts | | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$60,916.44

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1 | | | |
|---|---|---|---|
| Balmoral Estates LP | 77.5% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | |
|---|---|---|
| | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Feltrim Balmoral Estates, LLC
Name

Case number *(if known)* Not Yet Assigned

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　☐ No

　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture, Fixtures and Equipment | $2,823.36 | Fair Value | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See Schedule A/B 39 | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | $0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1 | | | |
| Kitchen Equipment & Fitout | $0.00 | Fair Value | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $0.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:  Real Property**

---

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Clubhouse - 124 Kenny Blvd, Haines City, FL | Owned | $2,929,552.74 | Fair Value | $3,000,000.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $3,000,000.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:  Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1
InterCo Loan* - EON Investments
$784,879.63 total face amount − $0.00 doubtful or uncollectible amount = → $784,879.63

71.2
InterCo Loan* - Feltrim Balmoral Fund
$324.52 total face amount − $0.00 doubtful or uncollectible amount = → $324.52

71.3
InterCo Loan* - Feltrim Development NA
$364,885.18 total face amount − $0.00 doubtful or uncollectible amount = → $364,885.18

71.4
InterCo Loan* - Feltrim Group Inc
$9,566.05 total face amount − $0.00 doubtful or uncollectible amount = → $9,566.05

71.5
InterCo Loan* - Feltrim Roe Road
$30,000.00 total face amount − $0.00 doubtful or uncollectible amount = → $30,000.00

71.6
InterCo Loan* - Feltrim Tuscany Preserve
$320,456.69 total face amount − $0.00 doubtful or uncollectible amount = → $320,456.69

71.7
InterCo Loan* - Florida Capital Funding
$582.16 total face amount − $0.00 doubtful or uncollectible amount = → $582.16

71.8
InterCo Loan* - Florida Team Realty
$17,544.65 total face amount − $0.00 doubtful or uncollectible amount = → $17,544.65

\* The collectability of InterCo Loans has not been determined and is uncertain.

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1
Tax year                                    $0.00

**73. Interests in insurance policies or annuities**

73.1
$0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1
$0.00

Nature of Claim

Amount requested

Debtor    Feltrim Balmoral Estates, LLC
          Name

Case number *(if known)* Not Yet Assigned

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____    $0.00

Nature of Claim _____

Amount requested _____

**76. Trusts, equitable or future interests in property**

76.1 _____    $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____    $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | $1,528,238.88 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $20,407.05 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $48,135.27 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $60,916.44 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $3,000,000.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |

Debtor    Feltrim Balmoral Estates, LLC
    Name                                          Case number *(if known)* Not Yet Assigned

**90. All other assets.** Copy line 78, Part 11.                    $1,528,238.88

**91. Total. Add lines 80 through 90 for each column**    91a.    $1,657,697.64          91b.          $3,000,000.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                          $4,657,697.64

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

First Insurance Funding – 450 Skokie Blvd, Suite 1000, Northbrook , IL 60062

**Date debt was incurred?**
9/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Undetermined

**Describe the lien**
Financed Insurance

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,525.51    Undetermined

**2.2**

Seacoast National Bank – PO Box 9012, Stuart, FL, 34995

**Date debt was incurred?**
11/1/2019

**Last 4 digits of account number**
3300

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Co-Collateralized Mortgage on Sports Facility

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $6,926,019.44 | $4,657,697.64 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $6,953,544.95

---

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Seacoast National Bank – c/o Hahn Loeser & Parks LLP, Attn Robert Cooper and Kenneth Erickson III, 2400 First Street, Suite 300, Fort Myers, FL 33901-2983 | 2.002 | 3300 |
| **3.2** US Attorney's Office – Attn Legal Department, 400 North Tampa Street, Suite 3200, Tampa, FL 33602 | 2.002 | 3300 |
| **3.3** US Department of Agriculture – Attn Legal Department, Room 107W, Whitten Building, 1400 Independence Ave, SW., Washington, DC 20250-1400 | 2.002 | 3300 |
| **3.4** US Department of Justice – Attorney General of the U.S., 950 Pennsylvania Ave, NW, Washington, DC 20530-0001 | 2.002 | 3300 |

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

_____

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: _____

Priority amount: $0.00

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If** the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

See Schedule F Attachment
_____

**Date or dates debt was incurred**
_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

$9,285,974.72

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** | Line | |
| | ☐ Not listed. Explain | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $9,285,974.72 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $9,285,974.72 |

**SCHEDULE F ATTACHMENT**
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Date Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|----|-----------------|-----------|-----------|-----------|------|-------|-----|---------------|-----------------|------------|--------------|----------|------------------------------------------|-------------|
| 3.001 | A2MHR Properties USA, LLC | c/o Law Offices of Ellen Novoseletsky, PA | Attn Ellen Novoseletsky | 770 Claughton Island Dr. Ste 804 | Miami | FL | 33131 | Undetermined | Litigation Claim | X | X | X | No | 0.00 |
| 3.002 | Balmoral Bar & Grill | 124 Kenny Blvd | | | Haines City | FL | 33844 | Various | InterCo Loan | | | | No | 1,451.85 |
| 3.003 | Balmoral Estates LP | 124 Kenny Blvd | | | Haines City | FL | 33844 | 2014-Present | InterCo Loan | | | | No | 7,078,993.82 |
| 3.004 | Balmoral Estates LP | 124 Kenny Blvd | | | Haines City | FL | 33844 | 11/1/2019 | Seacoast Loan Guaranty Claim | X | X | | No | Undetermined |
| 3.005 | Balmoral Masters Association | 1631 E Vine St | Suite 300 | | Kissimmee | FL | 34744 | Various | Prepayment – HOA Amenities | | | | No | 2,032.04 |
| 3.006 | Benchmark Landscaping | 4600 Cecile Dr | | | Kissimmee | FL | 34746 | Various | Uncashed Check | X | | | No | 2,463.00 |
| 3.007 | City of Haines City | 620 East Main Street | | | Haines City | FL | 33844 | Various | Uncashed Check | X | | | No | 2,427.72 |
| 3.008 | Duke Energy | PO BOX 602882 | | | Charlotte | NC | 28260 | Various | Uncashed Check | X | | | No | 2,185.65 |
| 3.009 | Feltrim Resorts, LLC | 124 Kenny Blvd | | | Haines City | FL | 33844 | 11/1/2019 | Seacoast Loan Guaranty Claim | X | X | | No | Undetermined |
| 3.010 | First Insurance Funding | 450 Skokie Blvd | Suite 1000 | | Northbrook | IL | 60062 | Various | Uncashed Check | X | | | No | 9,175.17 |
| 3.011 | Florida Villas Direct | 124 Kenny Blvd | | | Haines City | FL | 33844 | Various | Work Orders | | | | No | 33,326.19 |
| 3.012 | Garrett Kenny | 124 Kenny Blvd | | | Haines City | FL | 33844 | Various | Loan from Owner | | | | No | 66,057.97 |
| 3.013 | Garrett Kenny | 124 Kenny Blvd | | | Haines City | FL | 33844 | 11/1/2019 | Seacoast Loan Guaranty Claim | X | X | | No | Undetermined |
| 3.014 | Garrett Kenny | 124 Kenny Blvd | | | Haines City | FL | 33844 | Various | Uncashed Check | X | | | No | 180.00 |
| 3.015 | Haines City Fire Extinguisher Service | 5860 State Rd 544 | | | Winter Haven | FL | 33881 | Various | Uncashed Check | X | | | No | 144.42 |
| 3.016 | P & P Exterior Wash | 2020 E Hinson Dr | | | Haines City | FL | 33844 | Various | Uncashed Check | X | | | No | 450.00 |
| 3.017 | Seacoast National Bank | c/o Hahn Loeser & Parks LLP | Attn Robert Cooper and Kenneth Erickson III | 2400 First Street, Suite 300 | Fort Myers | FL | 33901-2983 | Undetermined | Litigation Claim | X | X | X | No | 0.00 |
| 3.018 | Southstate Bank NA | c/o Peterson & Myers, PA | Attn Krista Mahallak | 242 West Central Avenue | Winter Haven | FL | 33880-2947 | Undetermined | Litigation Claim | X | X | X | No | 0.00 |
| 3.019 | The Enclave at Balmoral | 124 Kenny Blvd | | | Haines City | FL | 33844 | 11/12/2019 | InterCo Loan | | | | No | 2,081,854.29 |
| 3.020 | Vermana | 8248 Parkline Blvd | Suite 1000 | | Orlando | Fl | 32809 | Various | Pool Service Invoices | | | | No | 4,857.60 |
| 3.021 | Whitbread Enterprises LLC | 247 Bonville Dr | | | Davenport | FL | 33897 | 2/1/2024 | Lawn Care Services Invoice | | | | No | 375.00 |

**TOTAL** | | | | | | | | | | | | | | **9,285,974.72**

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ **Check if this is an amended filing**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1    **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

See Schedule G Attachment

**SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Termination Date | Contract ID | Counterparty's Name | Address 1 | Address 2 | City | State | ZIP |
|----|----------------------------------|------------------|-------------|---------------------|-----------|-----------|------|-------|-----|
| 2,001 | Store Lease – Balmoral Bar & Grill, 124 Kenny Blvd | 8/31/2027 | | Balmoral Bar & Grill | 124 Kenny Blvd | | Haines City | FL | 33844 |
| 2,002 | Amenity Declarations Agreement - Balmoral Masters Association | | | Balmoral Masters Association | 1631 E. Vine Street | Suite 300 | Kissimmee | FL | 34744 |
| 2,003 | Office Lease – Florida Team Realty, 124 Kenny Blvd | | | Florida Team Realty | 124 Kenny Blvd | | Haines City | FL | 33844 |
| 2,004 | Office Lease – Florida Villas Direct, 124 Kenny Blvd | 8/31/2027 | | Florida Villas Direct | 124 Kenny Blvd | | Haines City | FL | 33844 |
| 2,005 | Pool Maintenance Agreement – Florida Villas Direct | | | Florida Villas Direct | 124 Kenny Blvd | | Haines City | FL | 33844 |
| 2,006 | Water Park Maintenance Agreement – Florida Villas Direct | | | Florida Villas Direct | 124 Kenny Blvd | | Haines City | FL | 33844 |
| 2,007 | Server Room Lease - Hotwire | | | Hotwire Communications | 1 Belmont Ave | Suite 1100 | Bala Cynwyd | PA | 19004 |
| 2,008 | Amenity Declarations Agreement - The Townhomes at Balmoral Homes Owners Association | | | The Townhomes at Balmoral Homeowners Assoc. | 1631 E. Vine Street | Suite 300 | Kissimmee | FL | 34744 |

In re: Feltrim Balmoral Estates LLC

Page 1 of 1

**Fill in this information to identify the case:**

Debtor name: Feltrim Balmoral Estates, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: Not Yet Assigned

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Balmoral Estates, LP | 124 Kenny Blvd , Haines City, FL 33844 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Feltrim Resorts, LLC | 124 Kenny Blvd , Haines City, FL 33844 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Garrett Kenny | 124 Kenny Blvd , Haines City, FL 33844 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.4 The Enclave at Balmoral, LLC | 124 Kenny Blvd , Haines City, FL 33844 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: Not Yet Assigned

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

April 17, 2024
_____
Executed on

Signature of individual signing on behalf of debtor
Garrett Kenny
_____
Printed name
Owner
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: Not Yet Assigned

☐ **Check if this is an amended filing**

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2024 to 3/31/2024 | ☑ Operating a business<br>☐ Other | $136,102.23 |
| For prior year: | From 1/1/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other | $665,227.25 |
| For the year before that: | From 1/1/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other | $603,224.56 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2024 to 3/31/2024 | None | $0.00 |
| For prior year: | From 1/1/2023 to 12/31/2023 | Insurance Proceeds | $41,092.12 |
| For the year before that: | From 1/1/2022 to 12/31/2022 | None | $0.00 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 <br><br> See SOFA 3 Attachment | _____ | $160,919.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 <br><br> See SOFA 4 Attachment <br><br> Relationship to debtor | _____ | $537,816.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

Debtor ___Feltrim Balmoral Estates, LLC___
Name

Case number *(if known)* Not Yet Assigned

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** See SOFA 7 Attachment _____ **Case number** _____ | _____ | Name _____ Street _____ City _____ State ___ Zip ___ | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address _____ Street _____ City ___ State ___ Zip ___ | Case title _____ Case number _____ Date of order or assignment _____ | Court name and address Name _____ Street _____ City ___ State ___ Zip ___ |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name _____ Street _____ City ___ State ___ Zip ___ **Recipient's relationship to debtor** _____ | _____ | _____ | _____ |

Debtor   Feltrim Balmoral Estates, LLC
Name

Case number *(if known)* Not Yet Assigned

**Part 5:** **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1<br>Water Park - Hurricane Damages | $41,092.12 | 9/1/2022 | $98,071.73 |

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1<br>See SOFA 11 Attachment<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | | $60,689.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1<br><br>**Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1<br><br>Relationship to debtor | | | |

Debtor ___Feltrim Balmoral Estates, LLC___    Case number _(if known)_ _Not Yet Assigned_
    Name

**Part 7:**  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street | | | From | to |
| City | State | Zip | | |

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| Street | | |
| City    State    Zip | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name _____ Street _____ City _____ State ___ Zip ___ | _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____ Street _____ City _____ State ___ Zip ___ | _____ Address _____ | _____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name _____ Street _____ City _____ State ___ Zip ___ | _____ Address _____ | _____ | ☐ No<br>☐ Yes |

**Part 11:**    **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

**Part 12:**    **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 Case Number | Name Street City State Zip | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name Street City State Zip | Name Street City State Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City   State   Zip | City   State   Zip | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | |
| Balmoral Estates LP – 124 Kenny Blvd, Haines City, FL 33844 | Vacation Home Builder | EIN    47-1507974 |
| | | **Dates business existed** |
| | | From       to<br>7/31/2014     Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | |
| Jonathan Grieve – 124 Kenny Blvd, Haines City, FL 33844 | From      to<br>12/1/2022    Present |
| 26a.2 | |
| Lorcan Claffey – 124 Kenny Blvd, Haines City, FL 33844 | From      to<br>6/23/2014    2/29/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1 | |
| Babione Kuehler & Company – 4060 Edgewater Dr, Orlando, FL 32804 | From      to<br>6/23/2014    Present |

Debtor  __Feltrim Balmoral Estates, LLC__
         Name

Case number *(if known)* __Not Yet Assigned__

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1  Jonathan Grieve – 124 Kenny Blvd, Haines City, FL 33844 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1  Citizens Bank & Trust – 36250 US HWY 27, Haines City, FL 33844 |
| 26d.2  Wilkinson Insurance – 5650 Sanderson St, Suite Q, Huntsville, AL 35805 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- |
| 28.1  Garrett Kenny – 124 Kenny Blvd, Haines City FL 33844 | Owner | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- |
| 29.1 | | From        to |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name and Address | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 1/26/2024 | 3,000.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/5/2024 | 10,800.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/15/2024 | 6,000.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/20/2024 | 2,640.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 3/29/2024 | 2,800.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/4/2024 | 110.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/5/2024 | 1,536.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/9/2024 | 50.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/10/2024 | 640.00 |
| BALMORAL ESTATES LP -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/11/2024 | 585.00 |
| CITY OF HAINES CITY -- 620 EAST MAIN STREET, HAINES CITY FL 33844 | Utilities - Water | 1/24/2024 | 2,600.07 |
| CITY OF HAINES CITY -- 620 EAST MAIN STREET, HAINES CITY FL 33844 | Utilities - Water | 2/8/2024 | 1,928.76 |
| CITY OF HAINES CITY -- 620 EAST MAIN STREET, HAINES CITY FL 33844 | Utilities - Water | 2/14/2024 | 618.20 |
| CITY OF HAINES CITY -- 620 EAST MAIN STREET, HAINES CITY FL 33844 | Utilities Water | 4/12/2024 | 2,427.72 |
| DUKE ENERGY -- 526 N CHURCH ST, CHARLOTTE NC 28202 | Utilities - Electricity | 1/23/2024 | 6,834.00 |
| DUKE ENERGY -- 526 N CHURCH ST, CHARLOTTE NC 28202 | Utilities - Electricity | 2/20/2024 | 5,715.45 |
| DUKE ENERGY -- 526 N CHURCH ST, CHARLOTTE NC 28202 | Utilities Electric | 4/11/2024 | 2,309.09 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 1/17/2024 | 3,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 1/26/2024 | 1,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/1/2024 | 100.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/5/2024 | 2,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/9/2024 | 13,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/16/2024 | 300.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/20/2024 | 2,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 3/29/2024 | 1,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/1/2024 | 1,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/2/2024 | 1,000.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/5/2024 | 200.00 |
| FELTRIM DEVELOPMENT NA -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 4/8/2024 | 125.00 |
| FELTRIM GROUP INC -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 1/16/2024 | 10,558.05 |
| FELTRIM GROUP INC -- 124 KENNY BLVD, HAINES CITY FL 33844 | Loan Repayment | 2/20/2024 | 2,710.00 |
| FIRST INSURANCE FUNDING -- 450 SKOKIE BLVD, STE 100, NORTHBROOK IL 60062 | Insurance | 1/19/2024 | 9,175.17 |
| FIRST INSURANCE FUNDING -- 450 SKOKIE BLVD, STE 100, NORTHBROOK IL 60062 | Insurance | 3/5/2024 | 9,175.17 |
| FIRST INSURANCE FUNDING -- 450 SKOKIE BLVD, STE 100, NORTHBROOK IL 60062 | Insurance | 4/4/2024 | 9,175.17 |
| FLORIDA VILLAS DIRECT -- 124 KENNY BLVD, HAINES CITY FL 33844 | Work Orders & Pool Maintenance | 1/26/2024 | 11,500.00 |
| FLORIDA VILLAS DIRECT -- 124 KENNY BLVD, HAINES CITY FL 33844 | Work Orders & Pool Maintenance | 2/9/2024 | 10,000.00 |
| FLORIDA VILLAS DIRECT -- 124 KENNY BLVD, HAINES CITY FL 33844 | Work Orders & Pool Maintenance | 4/5/2024 | 8,000.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 1/22/2024 | 500.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 1/29/2024 | 500.00 |

In re: Feltrim Balmoral Estates LLC                        Page 1 of 2

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name and Address | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/5/2024 | 500.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/15/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/16/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/21/2024 | 3,617.79 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/23/2024 | 3,438.88 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 2/26/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 3/4/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 3/11/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 3/18/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 3/25/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 4/1/2024 | 750.00 |
| VERMANA -- 8248 PARKLINE BLVD, ORLANDO FL 32809 | Pool Maintenance | 4/8/2024 | 750.00 |

**TOTAL**             **160,919.52**

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to the Debtor | Payment Date | Reason for Payment or Transfer | Payment Amount |
|---|---|---|---|---|
| BALMORAL BAQUET BUILDING – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/14/2023 | InterCo Loan Repayment | 5,000.00 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 88.04 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 186.03 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 192.27 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 88.04 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 186.03 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 192.27 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/26/2024 | InterCo Loan Repayment | 3,000.00 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/5/2024 | InterCo Loan Repayment | 10,800.00 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/15/2024 | InterCo Loan Repayment | 6,000.00 |
| BALMORAL ESTATES LP – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/20/2024 | InterCo Loan Repayment | 2,640.00 |
| EON INVESTMENTS – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/30/2023 | InterCo Loan Repayment | 2,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 4/26/2023 | InterCo Loan Repayment | 500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 4/27/2023 | InterCo Loan Repayment | 3,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/1/2023 | InterCo Loan Repayment | 500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/1/2023 | InterCo Loan Repayment | 3,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/14/2023 | InterCo Loan Repayment | 16,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/20/2023 | InterCo Loan Repayment | 1,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/10/2023 | InterCo Loan Repayment | 1,600.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/14/2023 | InterCo Loan Repayment | 2,400.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/18/2023 | InterCo Loan Repayment | 200.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/19/2023 | InterCo Loan Repayment | 7,600.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/20/2023 | InterCo Loan Repayment | 800.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/21/2023 | InterCo Loan Repayment | 2,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/26/2023 | InterCo Loan Repayment | 550.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/4/2023 | InterCo Loan Repayment | 1,700.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/4/2023 | InterCo Loan Repayment | 5,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/9/2023 | InterCo Loan Repayment | 15,100.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/9/2023 | InterCo Loan Repayment | 4,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/10/2023 | InterCo Loan Repayment | 5,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/25/2023 | InterCo Loan Repayment | 7,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/30/2023 | InterCo Loan Repayment | 600.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 7,200.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/18/2023 | InterCo Loan Repayment | 2,600.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/20/2023 | InterCo Loan Repayment | 2,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/26/2023 | InterCo Loan Repayment | 25,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/27/2023 | InterCo Loan Repayment | 1,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/27/2023 | InterCo Loan Repayment | 8,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/30/2023 | InterCo Loan Repayment | 2,250.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/30/2023 | InterCo Loan Repayment | 1,200.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 11/1/2023 | InterCo Loan Repayment | 11,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 11/14/2023 | InterCo Loan Repayment | 5,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 11/16/2023 | InterCo Loan Repayment | 10,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 11/16/2023 | InterCo Loan Repayment | 1,100.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/11/2023 | InterCo Loan Repayment | 250.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/11/2023 | InterCo Loan Repayment | 1,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/12/2023 | InterCo Loan Repayment | 1,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/12/2023 | InterCo Loan Repayment | 4,100.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/12/2023 | InterCo Loan Repayment | 1,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/13/2023 | InterCo Loan Repayment | 14,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/13/2023 | InterCo Loan Repayment | 4,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/13/2023 | InterCo Loan Repayment | 10,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/13/2023 | InterCo Loan Repayment | 14,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/20/2023 | InterCo Loan Repayment | 10,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/22/2023 | InterCo Loan Repayment | 16,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/27/2023 | InterCo Loan Repayment | 7,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/28/2023 | InterCo Loan Repayment | 3,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/29/2023 | InterCo Loan Repayment | 1,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/2/2024 | InterCo Loan Repayment | 500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/2/2024 | InterCo Loan Repayment | 1,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/2/2024 | InterCo Loan Repayment | 1,500.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/17/2024 | InterCo Loan Repayment | 3,000.00 |
| FELTRIM DEVELOPMENT NA – 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/26/2024 | InterCo Loan Repayment | 1,000.00 |

In re: Feltrim Balmoral Estates LP  Page 1 of 3

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to the Debtor | Payment Date | Reason for Payment or Transfer | Payment Amount |
|---|---|---|---|---|
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/1/2024 | InterCo Loan Repayment | 100.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/5/2024 | Computer Expense | 500.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/5/2024 | InterCo Loan Repayment | 1,500.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/9/2024 | InterCo Loan Repayment | 1,000.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/9/2024 | InterCo Loan Repayment | 12,000.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/16/2024 | InterCo Loan Repayment | 300.00 |
| FELTRIM DEVELOPMENT NA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/20/2024 | InterCo Loan Repayment | 2,000.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/5/2023 | InterCo Loan Repayment | 3,000.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/30/2023 | InterCo Loan Repayment | 140.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/5/2023 | InterCo Loan Repayment | 260.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 5,175.48 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/31/2023 | InterCo Loan Repayment | 2,890.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/16/2024 | InterCo Loan Repayment | 10,250.53 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/16/2024 | InterCo Loan Repayment | 307.52 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/20/2024 | InterCo Loan Repayment | 2,210.00 |
| FELTRIM GROUP INC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/20/2024 | InterCo Loan Repayment | 500.00 |
| FELTRIM LANDSCAPING AND HOME MAINTENANCE — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/15/2023 | InterCo Loan Repayment | 14,160.00 |
| FELTRIM LANDSCAPING AND HOME MAINTENANCE — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 14,160.00 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 155.94 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 126.12 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 117.19 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 99.34 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 81.84 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 81.84 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 36.86 |
| FELTRIM RESORTS — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/5/2023 | Debtor Paid City of Haines City Water Utilties on Behalf of Affiliate | 30.82 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/30/2023 | InterCo Loan Repayment | 4,000.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/30/2023 | InterCo Loan Repayment | 4,100.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/17/2023 | InterCo Loan Repayment | 2,200.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 4,000.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 3,900.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 11/13/2023 | InterCo Loan Repayment | 1,000.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/11/2023 | InterCo Loan Repayment | 530.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/11/2023 | InterCo Loan Repayment | 2,255.00 |
| FLORIDA CAPITAL FUNDING — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/18/2023 | InterCo Loan Repayment | 1,785.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/14/2023 | InterCo Loan Repayment | 10,000.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 6,075.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 15,303.21 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/13/2023 | InterCo Loan Repayment | 4,250.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/21/2023 | InterCo Loan Repayment | 3,000.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/25/2023 | InterCo Loan Repayment | 250.00 |
| FLORIDA TEAM REALTY — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/26/2024 | InterCo Loan Repayment | 1,650.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/13/2023 | Water Park Maintenance | 5,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/14/2023 | Water Park Maintenance | 18,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 6/30/2023 | Water Park Maintenance | 3,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/24/2023 | Water Park Maintenance | 17,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/18/2023 | Water Park Maintenance | 3,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/21/2023 | Water Park Maintenance | 14,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 10/27/2023 | Water Park Maintenance | 4,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/1/2023 | Water Park Maintenance | 4,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 12/18/2023 | Water Park Maintenance | 100.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/12/2024 | Water Park Maintenance | 7,500.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/26/2024 | Water Park Maintenance | 6,500.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/26/2024 | Water Park Maintenance | 5,000.00 |
| FLORIDA VILLAS DIRECT — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/9/2024 | Water Park Maintenance | 10,000.00 |
| FORAN INVESTMENTS LLC — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 8/9/2023 | InterCo Loan Repayment | 6,290.00 |
| GARRETT KENNY — 124 KENNY BLVD, HAINES CITY FL 33844 | Owner | 6/15/2023 | AMEX Credit Card Payment to Garrett Kenny's Card for Ordinary Course Business Expenses | 550.48 |
| GARRETT KENNY — 124 KENNY BLVD, HAINES CITY FL 33844 | Owner | 8/15/2023 | Reimbursement for Ordinary Course Business Expenses | 425.86 |
| GARRETT KENNY — 124 KENNY BLVD, HAINES CITY FL 33844 | Owner | 11/2/2023 | Reimbursement for Ordinary Course Business Expenses | 230.50 |
| HAINES CITY OFFICE PLAZA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/19/2023 | InterCo Loan Repayment | 350.00 |
| HAINES CITY OFFICE PLAZA — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 7/20/2023 | InterCo Loan Repayment | 115.00 |
| THE ENCLAVE AT BALMORAL — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 4/27/2023 | InterCo Loan Repayment | 4,000.00 |
| THE ENCLAVE AT BALMORAL — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 9/11/2023 | InterCo Loan Repayment | 8,000.00 |

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to the Debtor | Payment Date | Reason for Payment or Transfer | Payment Amount |
|---|---|---|---|---|
| THE ENCLAVE AT BALMORAL — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 1/12/2024 | InterCo Loan Repayment | 250.00 |
| THE ENCLAVE AT BALMORAL — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/15/2024 | InterCo Loan Repayment | 400.00 |
| THE ENCLAVE AT BALMORAL — 124 KENNY BLVD, HAINES CITY FL 33844 | Affiliate | 2/16/2024 | InterCo Loan Repayment | 2,500.00 |
| **TOTAL** | | | | **537,816.41** |

**SOFA 7 ATTACHMENT**

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case # | Nature of Case | Court or Agency's Name | Court or Agency's Address | Status of Case (Pending / On Appeal / Concluded) |
|---|---|---|---|---|---|
| A2MHR Properties USA, LLC vs. Balmoral Estates, LP; Feltrim Balmoral Estates, LLC | 23-ca-000280 | Breach of Contract | Circuit Court of the 9th Judicial Court, In and For Orange County, Florida | 425 N. Orange Avenue Orlando, Florida 32801 | Pending |
| Seacoast National Bank vs. Feltrim Balmoral Estates, LLC, Feltrim Resorts, LLC, Feltrim Sports LLC, fka Ronaldo Soccer Academy (Haines City), Garrett Joseph Kenny, Balmoral Estates, LP, and Unknown Tenant(s)/Occupant(s) | 53-2022-CA-003852-0004 | Civil Action | Circuit Court of the Tenth Judicial Circuit In and For Polk County, Florida | 255 N. Broadway Ave. Bartow, FL 33830 | Pending |
| Southstate Bank NA vs. Feltrim Balmoral Estates, LLC; Balmoral Master Association, Inc., Wei Qin, et. Al | 2022-CA-002484 | Breach of Contract | Circuit Court of the Tenth Judicial Circuit In and For Polk County, Florida | 255 N. Broadway Ave. Bartow, FL 33830 | Concluded |

In re: Feltrim Balmoral Estates, LLC                    Page 1 of 1

**SOFA 11 ATTACHMENT**
Payments Related to Bankruptcy

| Who Was Paid or Received the Transfer | Address 1 | City | State | ZIP | Email Address or Website | Who Made the Payment, if Not the Debtor(s)? | If Not Money, Describe Any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|---|---|---|---|
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 6/12/2023 | 718.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 8/7/2023 | 810.50 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 8/16/2023 | 1,500.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 10/25/2023 | 1,066.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 10/25/2023 | 113.50 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 11/27/2023 | 2,214.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 11/27/2023 | 246.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 1/29/2024 | 205.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 3/8/2024 | 164.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 4/2/2024 | 833.00 * |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | | | 4/5/2024 | 10,000.00 |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | | | 4/11/2024 | 10,000.00 |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | | | 4/16/2024 | 8,500.00 |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | | | 4/16/2024 | 5,264.00 ** |
| Johnson Pope Bokor Ruppel & Burns, LLP | 400 N. Ashley Drive, Suite 3100 | Tampa | FL | 33602 | www.jpfirm.com/ | Garrett Kenny | | 8/21/2024 | 2,355.00 * |
| Stretto Inc. | 410 Exchange, Ste. 100 | Irvine | CA | 92602 | www.stretto.com | | | 2/26/2024 | 16,700.00 |

**TOTAL** 60,689.00 ***

**Notes**

\* Payments are for fees and costs related to State Court litigation

\*\* Payment was for reimbursement of Chapter 11 Court filing fees.

\*\*\* A total of $60,689.00 in SOFA 11-related payments were made by or on behalf of the Debtors within 1 year prior to filing. All such payments have been listed on each Debtor's SOFA Question 11.

**Fill in this information to identify the case:**

Debtor name: **Feltrim Balmoral Estates, LLC**

United States Bankruptcy Court for the: **Middle District of Florida**

Case number: **Not Yet Assigned**

☐ **Check if this is an amended filing**

**WARNING -** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_April 17, 2024_

_____          Garrett Kenny
Signature of individual signing on behalf of debtor          Printed name

Owner
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes