ORDERED.

Dated:  April 19, 2024

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

FELTRIM BALMORAL ESTATES, LLC,                Case No. 8:24-bk-02122-CPM
                                              Chapter 11
        Debtor.
_____/

**ORDER GRANTING DEBTORS' MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11
CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

THIS CASE came on for consideration without hearing upon a Motion for Order Directing Joint Administration of Chapter 11 Cases (Doc. No. 2) (the "Motion") filed by the Debtors.  The Court has reviewed the Motion, the record of each case, and otherwise being fully advised in the premises, finds it appropriate to direct joint administration of the cases.  Accordingly, it is –

**ORDERED as follows**:

1.    The Motion is granted. The above-referenced cases shall be jointly administered. The lead case is designated as In re Feltrim Balmoral Estates, LLC, Case No. 8:24-bk-02122-CPM

2.    The Clerk shall maintain a single case docket and Court file under the "lead case" number.

3. The Clerk shall maintain separate claims files, ballot files and claims registers for each case.

4. Except as set forth below, all papers filed in these cases shall be filed in the "lead case" and shall bear the joint administration caption as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FELTRIM BALMORAL ESTATES, LLC, | Case No. 8:24-bk-02122-CPM |
| THE ENCLAVE AT BALMORAL, LLC, | Case No. 8:24-bk-02123-CPM |
| BALMORAL ESTATES, LP | Case No. 8:24-bk-02124-CPM |
| Debtors._____/ | (Jointly Administered under Case No. 8:24-bk-02122-CPM) |

5. The following papers shall be filed in the separate cases: list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statements of financial affairs (and any amendments thereto), monthly operating reports (and any objections thereto), and if separate plans are filed, ballots. Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

6. The Clerk of the Court is hereby directed to docket a Proceeding Memorandum in In re: *Feltrim Balmoral Estates, LLC*, Case No. 8:24-bk-02122-CPM, *In re: The Enclave at Balmoral, LLC*, Case No. 8:24-bk-02123-CPM, *In re: Balmoral Estates, LP*, Case No. 8:24-bk—02124-CPM advising all CM/ECF filers and PACER users that all future filings shall be filed and docketed under In re: Feltrim Balmoral Estates, LLC, Case No. 8:24-bk-02122- CPM except the list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules

and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed.

7. In instances where the relief requested in a filing pertains to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate a specific Debtor or Debtors to which the filing or order applies. The title, as well as the first paragraph of the paper or order shall indicate the specific Debtor or Debtors to which it applies. The caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FELTRIM BALMORAL ESTATES, LLC, | Case No. 8:24-bk-02122-CPM |
| THE ENCLAVE AT BALMORAL, LLC, | Case No. 8:24-bk-02123-CPM |
| BALMORAL ESTATES, LP | Case No. 8:24-bk-02124-CPM |
| Debtors. | (Jointly Administered under |
| _____/ | Case No. 8:24-bk-02122-CPM) |
| [Name of Specific Debtor] | [Specific case number] |
| Applicable Debtor. | |
| _____/ | |

8. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

9. As creditors are added to the matrices of the jointly administered debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the "lead case."

cc: Attorney Al Gomez is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.