UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FELTRIM BALMORAL ESTATES, LLC, | Case No. 8:24-bk-02122-CPM |
| THE ENCLAVE AT BALMORAL, LLC, | Case No. 8:24-bk-02123-CPM |
| BALMORAL ESTATES, LP | Case No. 8:24-bk-02124-CPM |
| Debtors. _____/ | (Jointly Administered under Case No. 8:24-bk-02122-CPM) |
| FELTRIM BALMORAL ESTATES, LLC | Case No. 8:24-bk-02122-CPM |
| Applicable Debtor. _____/ | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT

**1.** A preliminary hearing in this case will be held before the Honorable Catherine Peek McEwen, on **Tuesday, April 23, 2024 at 10:00 A.M.**, Tampa, FL – Courtroom 8B, Sam Gibbons United States Courthouse, 801 N. Florida Ave., on the following matter:

**Debtor's Emergency Motion to Use Cash Collateral (Doc. No. 11)**

**2.** All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If an unrepresented party is unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 no later than 6:00 p.m. one business day before the date of the hearing.

3. Any party opposing the relief sought in this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

> JOHNSON, POPE, BOKOR,
>  RUPPEL & BURNS, LLP
>
> /s/ Alberto ("Al") F. Gomez, Jr.
> Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
> 400 N Ashley Drive, Suite 3100
> Tampa, FL 33602
> Telephone: 813-225-2500
> Facsimile: 813-223-7118
> Email: Al@jpfirm.com
> Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished via CM/ECF to parties registered in this case to receive service and via email to Robert A. Copper, racooper@hahnlaw.com and Joel W. Hyatt, jhyatt@hahnlaw.com, counsel for Seacoast, and US Mail, first class postage prepaid to all parties listed on the attached matrix on this 19th day of April 2024.

> /s/ Alberto ("Al") F. Gomez, Jr.
> Alberto ("Al") F. Gomez, Jr.