| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:24-bk-02122-CPM<br>Middle District of Florida<br>Tampa<br>Fri Apr 19 15:07:52 EDT 2024 | Balmoral Estates, LP<br>124 Kenny Blvd<br>Haines City, FL 33844-7618 | Feltrim Balmoral Estates, LLC<br>Jointly Admin with 8:24-bk-02123-CPM ;<br>8:24-bk-02124-CPM<br>124 Kenny Blvd<br>Haines City, FL 33844-7618 |
| The Enclave At Balmoral, LLC<br>124 Kenny Blvd<br>Haines City, FL 33844-7618 | A2MHR PROPERTIES USA, LLC<br>C/O ELLEN NOVOSELETSKY<br>770 CLAUGHTON ISL DR STE 804<br>MIAMI, FL 33131-2626 | BALMORAL BAR & GRILL<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 |
| BALMORAL MASTERS ASSOCIATION<br>1631 E. VINE STREET<br>SUITE 300<br>KISSIMMEE, FL 34744-3710 | BENCHMARK LANDSCAPING<br>4600 CECILE DR<br>KISSIMMEE, FL 34746-5701 | CITY OF HAINES CITY<br>620 EAST MAIN STREET<br>HAINES CITY, FL 33844-4222 |
| DUKE ENERGY<br>PO BOX 602882<br>CHARLOTTE, NC 28260-2882 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | FELTRIM RESORTS, LLC<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 |
| (p)FIRST INSURANCE FUNDING<br>450 SKOKIE BLVD SUITE 1000<br>NORTHBROOK IL 60062-7917 | FLORIDA TEAM REALTY<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 | FLORIDA VILLAS DIRECT<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 |
| GARRETT KENNY<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 | Garret Kenny<br>11545 Waterstone Loop Dr<br>Windermere FL 34786-5431 | HAINES CITY FIRE<br>EXTINGUISHER SERVICE<br>5860 STATE RD 544<br>WINTER HAVER, FL 33881-9598 |
| HOTWIRE COMMUNICATIONS<br>1 BELMONT AVE<br>SUITE 1100<br>BALA CYNWYD, PA 19004-1614 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | P & P EXTERIOR WASH<br>2020 E HINSON DR<br>HAINES CITY, FL 33844-4901 |
| SEACOAST NATIONAL BANK<br>815 COLORADO AVENUE<br>STUART, FL 34994-3060 | SEACOAST NATIONAL BANK<br>HAHN LOESER & PARKS LLP<br>2400 FIRST ST STE 300<br>FORT MYERS, FL 33901-2982 | SOUTHSTATE BANK NA<br>C/O PETERSON & MYERS, PA<br>K MAHALAK, 242 W CENTRAL AVE<br>WINTER HAVEN, FL 33880-2957 |
| Seacoast National Bank<br>Attn Robert Cooper and Kenneth<br>Erickson III<br>2400 First Street, Suite 300<br>Fort Myers, FL 33901-2982 | Seacoast National Bank<br>c/o Robert A. Cooper, Esq.<br>Hahn Loeser & Parks LLP<br>2400 First Street, Suite 300<br>Fort Myers, FL 33901-2982 | THE TOWNHOMES AT BALMORAL<br>HOMEOWNERS ASSOC.<br>1631 E. VINE ST, STE 300<br>KISSIMMEE, FL 34744-3710 |
| US ATTORNEY'S OFFICE<br>ATTN LEGAL DEPARTMENT<br>400 NORTH TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | US DEPARTMENT OF AGRICULTURE<br>ROOM 107W, WHITTEN BUILDING<br>1400 INDEPENDENCE AVE, SW<br>WASHINGTON, DC 20250-1400 | US DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL OF THE U.S.<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 |

| | | |
|---|---|---|
| VERMANA<br>8248 PARKLINE BLVD<br>SUITE 1000<br>ORLANDO, FL 32809-7871 | WHITBREAD ENTERPRISES LLC<br>247 BONVILLE DRIVE<br>DAVENPORT, FL 33897-5351 | Alberto F Gomez Jr.+<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 North Ashley Drive<br>Suite 3100<br>Tampa, FL 33602-4337 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Nicole Peair +<br>Timberlake Annex<br>501 E Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Robert A Cooper +<br>Hahn Loeser & Parks, LLP<br>2400 First Street, Suite 300<br>Fort Myers, FL 33901-2982 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST INSURANCE FUNDING
450 SKOKIE BLVD
SUITE 1000
NORTHBROOK, IL 60062

 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (u)Seacoast National Bank | (d)BALMORAL ESTATES LP<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 |
| (d)BALMORAL ESTATES, LP<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 | (d)THE ENCLAVE AT BALMORAL<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 | (d)THE ENCLAVE AT BALMORAL, LLC<br>124 KENNY BLVD<br>HAINES CITY, FL 33844-7618 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     6
Total                  42