UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

FELTRIM BALMORAL ESTATES, LLC,    Case No. 8:24-bk-02122-CPM
                                  Chapter 11
    Debtor.
_____/

### NOTICE OF APPEARANCE AND CONSENT TO JURISDICITON

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure, Amy Denton Mayer of Stichter, Riedel, Blain & Postler, P.A., gives notice of her appearance as attorney for Garrett Joseph Kenny, who requests that all correspondence, notices, pleadings, or other papers served or required to be served in this case upon Garrett Kenny be given to and served upon the undersigned at the address and electronic mail addresses set forth below:

> Amy Denton Mayer, Esquire
> Stichter, Riedel, Blain & Postler, P.A.
> 110 E. Madison Street, Suite 200
> Tampa, FL  33602
> Telephone: (813) 229-0144
> Email: amayer@srbp.com; amayer.ecf@srbp.com

This notice does not waive any of Garrett Kenny's defenses, rights, claims, counterclaims, actions, setoffs, or recoupments in law or in equity, all of which are expressly reserved.

PLEASE TAKE FURTHER NOTICE that Garrett Kenny, through his undersigned counsel, pursuant to 28 U.S.C. §157(c)(2) and such other law that may be applicable, consents to the jurisdiction of this Court to hear and determine, including through entry of a final order or judgment, any and all matters in the above-captioned bankruptcy proceeding.

        */s/ Amy Denton Mayer*
        Amy Denton Mayer (FBN 634506)
        Stichter, Riedel, Blain & Postler, P.A.
        110 Madison Street, Suite 200
        Tampa, Florida 33602
        Telephone: (813) 229-0144
        Email: amayer@srbp.com
        Attorneys for Garrett Joseph Kenny

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance and Consent to Jurisdiction* was furnished on April 19, 2024, by the Court's CM/ECF system to all parties receiving electronic notice.

        */s/ Amy Denton Mayer*
        Amy Denton Mayer